JUSTINE PEARLSTROM, Respondent, v. JAMES GORDON BENNETT, Appellant.

(Argued June 8, 1882 ; decided June 20, 1882.)

*Theron G. Strong* for appellant.

*Edward Van Ness* for respondent.

Agree to affirm.   No opinion.
All concur, except TRACY, J., who dissents.
Judgment affirmed.

———————

ANNA D. ANTHONY, Appellant, v. HENRY DAY et al., Respondents.

(Argued June 9, 1882; decided June 20, 1882.)

DECIDED on the facts.

*Cephas Brainerd* for appellant.

*F. B. Lord* for respondents.

EARL, J., reads for affirmance.
All concur.
Judgment affirmed.